**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**WILLIAM CHAD HEARD,**<br>**a/k/a William C. Heard,**<br>**a/k/a William Heard,**<br><br>***Defendant.*** | **Case No. CR-26-012-RAW** |

**ORDER**

This matter comes on upon the Motion of the United States for a Consent Order of Criminal Forfeiture Money Judgment. [Dkt. # 62]. As the result of the guilty plea of defendant William Chad Heard, a/k/a William C. Heard, a/k/a William Heard to Count One of the Indictment filed on January 14, 2026, the Court has determined that a criminal forfeiture money judgment, in the amount of $21,500.00, is hereby entered against defendant William Chad Heard and will be included in the defendant's sentence.

Defendant William Chad Heard has agreed and stipulated that: (a) the Court may enter a criminal forfeiture money judgment; (b) the criminal forfeiture money judgment shall become final upon entry of such Order, and (c) the criminal forfeiture money judgment shall be made part of his sentence and be included in the Judgment and Sentence.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake discovery as necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property. Upon the

entry of this Order, the United States Attorney General, or a designee is authorized to conduct any discovery proper in identifying, locating, or disposing of the property subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3). Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Consent Order of Criminal Forfeiture Money Judgment is hereby final, made part of the sentence, and included in the judgment. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e). The United States may, at any time, move pursuant to Rule 32.2(e), to amend this Consent Order of Criminal Forfeiture Money Judgment to include substitute property to satisfy the criminal forfeiture money judgment in whole or in part.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion of the United States for a Consent Order of Criminal Forfeiture Money Judgment [Dkt. # 62] is **granted**, and a criminal forfeiture money judgment is hereby entered in favor of the United States of America and against defendant William Chad Heard, a/k/a William C. Heard, a/k/a William Heard in the amount of $21,500.00.

**DATED** this 28th day of October 2026.

Ronald A. White

RONALD A. WHITE
United States Senior District Court Judge

Submitted by:

CHRISTOPHER J. WILSON
United States Attorney

s/Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
United States Attorney's Office
520 Denison Avenue
Muskogee, OK 74401
Telephone: (918) 684-5167
clay.compton@usdoj.gov